# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                          **Case No.  6:09-cr-43-Orl-22GJK**

**LORENZO LEON BODIE**

_____

# ORDER

This cause is before the Court on the Motion to Reconsider Detention and to Set Bond (Doc. No. 24) filed on March 18, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Specifically, the Court finds that Magistrate Judge Rosenbaun's order establishes by a preponderance of the evidence that the Defendant presents a serious risk of flight for which no condition or combination of conditions exists to reasonably ensure his presence for trial.  Further, the Government has demonstrated by clear and convincing evidence that no condition or combination of conditions reasonably will ensure the safety of other persons and the community.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed March 31, 2010 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Motion to Reconsider Detention and to Set Bond (Doc. No. 24) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 24, 2010.

Copies furnished to:

Counsel of Record
Pro Se Party
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services

ANNE C. CONWAY
United States District Judge